```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16856
    GERTHA J TUCKER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8037


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/15/2007 and was confirmed 12/06/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
US BANK                    CURRENT MORTG         .00            .00              .00
US BANK                    MORTGAGE ARRE     7692.88            .00              .00
OAK PARK OPEN MRI          UNSEC W/INTER   NOT FILED            .00              .00
CAPITAL ONE                UNSEC W/INTER   NOT FILED            .00              .00
CHASE                      UNSEC W/INTER   NOT FILED            .00              .00
M3 FINANCIAL SERVICES      UNSEC W/INTER   NOT FILED            .00              .00
UNIVERSITY PATHOLOGISTS    UNSEC W/INTER      599.00            .00              .00
CHRYSLER FINANCIAL CO LL   SECURED VEHIC     4000.59         112.99           385.72
PAYMENT CENTER             CURRENT MORTG         .00            .00              .00
PAYMENT CENTER             MORTGAGE ARRE     4548.00            .00              .00
US BANK CONSUMER FINANCE   CURRENT MORTG         .00            .00              .00
US BANK CONSUMER FINANCE   SECURED NOT I     1744.93            .00              .00
BENNIE W FERNANDEZ         DEBTOR ATTY       3,123.00                        1,143.07
TOM VAUGHN                 TRUSTEE                                             130.88
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,772.66

PRIORITY                                        .00
SECURED                                      385.72
    INTEREST                                 112.99
UNSECURED                                       .00
ADMINISTRATIVE                             1,143.07
TRUSTEE COMPENSATION                         130.88
DEBTOR REFUND                                   .00
                        --------------     --------------
TOTALS                  1,772.66           1,772.66

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16856 GERTHA J TUCKER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE